STATE EX REL. WAGGONER ET AL. *v.* JUDGE OF PORTER SUPERIOR COURT.

[No. 27,686. Filed March 13, 1942.]

Hazel S. Waggoner, of Valparaiso, *pro se.*

PER CURIAM.—This is an original action to mandate the judge of the Porter Superior Court to grant changes of venue from the county in certain actions alleged to be pending in said court.

The petition does not show that said actions are of such character that would authorize the granting of changes of venue from the county therein.

The petition is therefore denied.

NOTE.—Reported in 39 N. E. (2d) 944.